IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN CAVANAUGH, | ) | 4:14CV3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HALL COUNTY DEPARTMENT | ) | |
| OF CORRECTIONS, RUIZ, | ) | |
| Director, VAN, Assistant Director, | ) | |
| SPAR, Sgt, CASTLEBERRY, Sgt, | ) | |
| CONNELLY, Sgt, and REI, Sgt, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Stephen Cavanaugh's Objection (Filing No. 27) to Defendants' Motion for Extension of Time. Upon careful consideration,

IT IS ORDERED that: Plaintiff's Objection (Filing No. 27) is overruled.

DATED this 26th day of January, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.