IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN CAVANAUGH, | ) | 4:14CV3062 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HALL COUNTY DEPARTMENT OF CORRECTIONS, RUIZ, Director, VAN, Assistant Director, SPAR, Sgt, CASTLEBERRY, Sgt, CONNELLY, Sgt, and REI, Sgt, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court for case management. Upon careful consideration, on the court's own motion, IT IS ORDERED that:

1.  The final pretrial conference in this matter, currently scheduled for September 3, 2015, is cancelled and the parties need not prepare an Order on Final Pretrial Conference at this time. The conference may be rescheduled after the resolution of the pending summary-judgment motions. The clerk of the court is directed to cancel the final pretrial conference.

2.  Defendants' Motion to Continue (Filing No. 74) is denied as moot in light of the foregoing.

DATED this 24th day of July, 2015.

> BY THE COURT:
>
> s/ Joseph F. Bataillon
> Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.